AO 442 (Rev 01-03) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID
1412656

United States of America
v.
JOHNNY GIBSON

Defendant

) Case: 1:24-cr-00325
) Assigned to: Judge Amy Berman Jackson
) Assign Date: 7/17/2024
) Description: INDICTMENT (B)

## ARREST WARRANT

To   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **JOHNNY GIBSON**
who is accused of an offense or violation based on the following document filed with the court

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1591(a)(1) and (b)(1) (Sex Trafficking by Force, Fraud, or Coercion).
18 U.S.C. § 2421(a) (Transportation for the Purpose of Prostitution).
18 U.S.C. § 1952(a)(3)(A) (Interstate Travel and Transportation in Aid of Racketeering).
18 U.S.C. § 2422(a) (Coercion and Enticement).

Date: 07/17/2024

*Issuing officer's signature*

City and state   Washington, DC

Moxila A. Upadhyaya, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/18/24, and the person was arrested on *(date)* 8/7/24
at *(city and state)* Washington DC

Date: 8/7/24

*Arresting officer's signature*

AGnes Pusu
*Printed name and title*